```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

SHELBY INGRAM                                              PLAINTIFF

    V.                    Civil No. 10-6044

SHERIFF LARRY SANDERS and
CAPTAIN MEL STEED                                         DEFENDANTS

## O R D E R

On this 29th day of November 2010, there comes on for consideration the report and recommendation filed in this case on November 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 14). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 8) is DENIED.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge