IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHELBY INGRAM                                                                              PLAINTIFF

     v.                    Civil No. 6:10-cv-06044

SHERIFF LARRY SANDERS;
and CAPTAIN MEL STEED                                                             DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Shelby Ingram (hereinafter Ingram), filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On June 13, 2011 (Doc. 17, Doc. 18 & Doc. 19), Defendants filed a motion for summary judgment. The following day, an order (Doc. 20) was entered directing Ingram to complete an attached notice regarding the summary judgment motion. The notice required Ingram to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Ingram was directed to return the attached notice by July 5, 2011. Ingram was advised (Doc. 20) that if he failed to return the attached notice by July 5th, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Ingram has not returned the notice. He has not requested an extension of time to file the notice. The Court's order was sent to the address contained on the docket sheet. This address was provided to the Court by Ingram. The order and attached notice have not been returned as undeliverable.

I therefore recommend that this case be dismissed based on Ingram's failure to obey the order of the court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 5th day of August 2011.**

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE