IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHELBY INGRAM                                                               PLAINTIFF

    V.                                    Civil No. 10-6044

SHERIFF LARRY SANDERS and
CAPTAIN MEL STEED                                                          DEFENDANTS

## O R D E R

On this 29th day of August 2011, there comes on for consideration the report and recommendation filed in this case on August 5, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 21). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                               /s/ Robert T. Dawson
                                               Honorable Robert T. Dawson
                                               United States District Judge